1
2
3
4                    UNITED STATES DISTRICT COURT
5                          DISTRICT OF NEVADA
6

| | |
|---|---|
| ANN AGES MIDDLETON, ERVIN, MIDDLETON,  )<br>  )<br>Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>GUARANTEED RATE, INC., an Illinois, )<br>corporation; WELLS FARGO BANK, N.A., )<br>  )<br>Defendants.  )<br>  ) | Case No. 2:15-cv-00943-RCJ-GWF<br><br>**ORDER** |

     This matter is before the Court on Plaintiffs' Motion for Permission for Electronic Case Filing (#13), filed on June 22, 2015.  Plaintiffs Ann Gates Middleton and Ervin Middleton request permission to file all future pleadings electronically through the Court's CM/ECF filing system.  The Court will allow Plaintiffs to file future documents electronically only after Plaintiffs have demonstrated a basic understanding and familiarity with the CM/ECF filing system.  Accordingly,

     **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Permission for Electronic Case Filing (#13) is **granted**.  Plaintiffs must comply with the following procedures in order to activate their CM/ECF account:

     a.    On or before **July 27, 2015**, Plaintiffs must provide certification that they have completed the CM/ECF tutorial and are familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

     b.    Plaintiffs are not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

   c. Upon timely filing of the certification, Plaintiffs shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

**DATED** this 25th day of June, 2015.

              _____
               GEORGE FOLEY, JR.
               United States Magistrate Judge