UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON and ANN GATES MIDDLETON, Plaintiffs-Appellants, vs. GUARANTEED RATE, INC. And WELLS FARGO BANK, NA, DBA Wells Fargo Home Mortgage, Inc., Defendants-Appellees. | District No.  2:15-cv-00943-RCJ-GWF<br><br>U.S.C.A. No.  15-16396 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Oct 27, 2015 issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 5th day of November, 2015.

_____
Robert C. Jones
United States District Judge